UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 16-mj-02759-TOWES

UNITED STATES OF AMERICA

vs.

CHRISTOPHER LOPEZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
BENJAMIN J. WIDLANSKI
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501885
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9342
FAX (305) 536-4676

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER LOPEZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 16-MJ-02759 TORRES<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/1/2016 - 5/25/2016__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of Minors |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Elli Bray, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2016

_____
*Judge's signature*

City and state: __Miami, Florida__    EDWIN G. TORRES, MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Elli Bray, being first duly sworn, depose and state as follows:

## BACKGROUND

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since 2012. I am currently assigned to the Violent Crimes Against Children squad in the Miami Field Office, as well as the FBI Child Exploitation Task Force, which targets individuals involved in the sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking of minors and violations of laws pertaining to child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application for, and execution of, arrest and search warrants. I have conducted and assisted in several child exploitation investigations, have executed, and assisted in the execution of, search warrants that have led to seizures of child pornography, and participated in undercover operations to recover juvenile victims of child prostitution.

2.  The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause for the arrest of Christopher Lopez ("LOPEZ") for knowingly recruiting, enticing, harboring, transporting, providing, obtaining, advertising, and maintaining persons, knowing and in reckless disregard of the fact that these persons had not attained the age of 18 years and would be caused to engage in commercial sex acts, in violation of Title 18, United

States Code, Section 1591(a)(1). As such, it does not include everything I know about this investigation.

## PROBABLE CAUSE

3. Backpage.com is an internet website similar to newspaper classified advertisements. Based on my training and experience, I know that sex traffickers and individuals engaged in commercial sex acts frequently advertise on Backpage.com and other similar websites. This website allows them to reach customers over the internet, and thus, provides a greater customer base. Members of law enforcement often spot-check Backpage.com to see if there are any advertisements posted for sex workers who appear to be under 18 years of age. If law enforcement identifies sex workers who appear to be exploited minors, they will conduct an undercover operation and respond to the advertisement as though they were seeking the advertised services.

4. On or about May 25, 2016, law enforcement recovered two minor females (hereinafter Minor Victim 1 and Minor Victim 2), after responding to an advertisement posted on Backpage.com. Both Minor Victim 1 and Minor Victim 2 are 16 years of age.

5. After they were recovered, both Minor Victim 1 and Minor Victim 2 agreed to speak with law enforcement. During the interviews, law enforcement learned that Minor Victim 1 met LOPEZ approximately two months ago at a party. Approximately one week after the party, LOPEZ became Minor Victim 1's pimp, and began managing Minor Victim 1's prostitution dates in exchange for half of her earnings. Shortly thereafter, Minor Victim 1 moved into LOPEZ's residence, located in Miami, Florida. Minor Victim 2 also resided at LOPEZ's residence for a short period of time.

6. During the interviews law enforcement also learned that LOPEZ used his cellular telephone, 786-691-9333, to post Backpage.com advertisements of Minor Victim 1 and Minor Victim 2. LOPEZ also drove Minor Victim 1 to prostitution dates at various locations in South Florida, and had Minor Victim 1 conduct prostitution dates at his residence. LOPEZ also arranged for Minor Victim 1 to work at G5, a strip club in North Miami Beach. Additionally, LOPEZ charged Minor Victim 2 $100 to post advertisements of Minor Victim 2 on Backpage.com, and had Minor Victim 2 conduct prostitution dates at his residence.

7. Based on the information provided by the minor victims, law enforcement conducted an online search of LOPEZ's cellular telephone number ending in 9333. That search revealed an advertisement posted on CallEscort.org on or about May 5, 2016. CallEscort.org is a webpage that aggregates escort advertisements that have been posted on other sites and presents them in a user-friendly format. The advertisement contained pictures of Minor Victim 1, including images of her face, and read as follows:

> Hey Papi My Name Is PARADISE,
> Hygiene is a must
> ..Classy, EXOTICand [sic] Professional , but oh so much FUN!
> Prepared for an amazing time?
>
> CALL ME to arrange your unforgettable experience!
>
> Safe play ONLY
> VERY Fetish friendly
> % Real pictures!
> % Independent!
> No blocked numbers
> No explicit language during bookings
> PLEASE & THANK YOU!
> 7866919333
> If you are Seriously JUST CALL ME!!! Thank you!
> Se Habla espanol
> Poster's age: 21

3

- Location: Miami, Miami Beach, Miami beach [sic] Hialeah downtown Miami lakes [sic]

8. Law enforcement also learned that LOPEZ prostituted Minor Victim 1 for approximately two months, and conducted numerous prostitution dates. Minor Victim 2 was prostituted by LOPEZ for a shorter time and left LOPEZ while Minor Victim 1 was still with him. Shortly before they were recovered, Minor Victim 1 had contacted Minor Victim 2 and asked for help to leave LOPEZ. Minor Victim 2 sent a car to pick up Minor Victim 1 from LOPEZ's residence.

9. On or about May 31, 2016, law enforcement began to conduct surveillance on the residence where LOPEZ was believed to reside. On or about June 1, 2016, shortly after midnight, law enforcement observed LOPEZ drive away from the residence in a vehicle registered to LOPEZ's father. After following the vehicle to a gas station, law enforcement arrested LOPEZ. After the arrest, law enforcement conducted an inventory search of LOPEZ's vehicle. During the search of the vehicle, law enforcement found a medical insurance card in the name of Minor Victim 1 in the trunk.

10. LOPEZ was read *Miranda* warnings, which he waived in writing. LOPEZ admitted to knowing both Minor Victim 1 and Minor Victim 2. LOPEZ further admitted to posting the Backpage.com advertisements for Minor Victim 1 and Minor Victim 2, and paying for the advertisements using bitcoins. LOPEZ also admitted to using his cellular telephone to post the advertisements. LOPEZ would collect approximately $200 an hour from Minor Victim 1 for the prostitution dates. LOPEZ further admitted he provided Minor Victim 1 a fake identification to obtain employment at G5, the strip club in North Miami Beach.

## CONCLUSION

11. Based upon the foregoing, your Affiant respectfully submits that there exists probable cause to believe that LOPEZ did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain persons, that is Minor Victim 1 and Minor Victim 2, knowing and in reckless disregard of the fact that these persons had not attained the age of 18 years and would be caused to engage in commercial sex acts, in violation of Title 18, United States Code, Section 1591(a)(1).

12. Your Affiant therefore respectfully request that the attached complaint be issued charging LOPEZ with the above-described offense.

FURTHER AFFIANT SAYETH NAUGHT

_____
ELLI BRAY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of June, 2016.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

5