UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-MJ-02759-EGT

**UNITED STATES OF AMERICA** )
                 **Plaintiff,** )
**vs.** )
   )
**CHRISTOPHER LOPEZ,** )
               **Defendant,** )
_____/

## NOTICE OF APPEARANCE

**COMES NOW,** the Defendant, **CHRISTOPHER LOPEZ,** by and through his undersigned attorney hereby files with the Court this Notice of Appearance. The undersigned counsel agrees to represent **CHRISTOPHER LOPEZ,** for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court for the Southern District of Florida. The undersigned counsel also requests that all correspondence and pleadings regarding the above mentioned case be directed to his attention.

                         Respectfully submitted,
                         Law Office of Andre D. Pierre, P.A.

                         By: _s/Andre Pierre_____
                         Andre D. Pierre, Esquire
                         Florida Bar No.: 0116858
                         550 NE 124 Street
                         Miami, Florida 33161
                         (305) 398-9646 /Fax: (305) 398-9651
                         Email: pierreatty@bellsouth.net

## CERTIFICATION OF SERVICE

**I, ANDRE D. PIERRE, ESQUIRE HEREBY CERTIFY** that on June 2nd, 2016, I caused a true and correct copy of this Notice of Appearance to be served by electronic mail through the District Court's Electronic Filing System (ECF).

                         _s/Andre Pierre_____
                         Andre D. Pierre, Esquire